UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

IN RE:                                         CASE NO.: 22-14970
                                                 CHAPTER 7

**Shirley A Wallace**
  Debtor

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Mortgage Assets Management, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
10700 ABBOTT'S BRIDGE RD, SUITE 170
DULUTH, GA 30097**

                                                           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                           Authorized Agent for Secured Creditor
                                                           10700 Abbott's Bridge Rd, Suite 170
                                                           Duluth, GA 30097
                                                           Telephone: 470-321-7112

                                                           By: /s/Gene Jung
                                                               Gene Jung
                                                                Email: gjung@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 5, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SHIRLEY A. WALLACE
10904 PHILLIPS DRIVE
UPPER MARLBORO, MD 20772

And via electronic mail to:

STEVEN H. GREENFELD
325 ELLINGTON BOULEVARD, BOX 610
GAITHERSBURG, MD 20878

By: /s/ Brianna Carr