# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: Shirley Wallace | * | Case No.: 22-14970 LSS |
| Debtor | * | Chapter 7 |

*************************************************************************

## LINE ENTERING APPEARANCE OF COUNSEL

    Kindly enter the appearance of the undersigned attorney, Jeffrey M. Sirody, Esquire, as counsel for the above-captioned debtor.

Date:   November 1, 2022,                    Respectfully submitted,

/s/_____
Jeffrey M. Sirody, Esq., Fed. Bar No. 11715
1777 Reisterstown Road, Suite 360 E
Baltimore, MD 21208
(410) 415-0445
Counsel for Debtors

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this the 1st day of November 2022, a copy of the foregoing Line Entering Appearance of Counsel was served via electronic means upon:

Steven H. Greenfeld, Trustee
325 Ellington Blvd., Box 610
Gaithersburg, MD 20878

U. S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

All creditors

_____/s/_____
Jeffrey M. Sirody, Esquire