# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In re:  Shirley Wallace                         *          Case No. 22-14970 LSS

        Debtor,                         *          Chapter 7

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO CONVERT CHAPTER 7 CASE TO A CASE UNDER CHAPTER 13**

NOW COMES the Debtor, through her under-signed counsel, and states as follows:

1. The Debtor filed for Relief under Chapter 13 of the Bankruptcy Code on September 12, 2022.

2. Upon review of the Debtor assets, income, debt, and current circumstances, counsel believes that the debtor's case belongs under Chapter 13.

3. The Debtor no longer needs the protection provided under Chapter 7, but rather seeks relief under Chapter 13.

4. This case has not been converted previously from another chapter.

WHEREFORE, the Debtor respectfully requests that this case be converted to a case under Chapter 13.

Respectfully submitted,

November 3, 2022

_____/s/_____
Jeffrey M. Sirody, Bar No. 11715
1777 Reisterstown Road, Suite 360
Baltimore, MD  21208
(410) 415-0445
Counsel for the Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of November, 2022,, a copy of the foregoing *Motion to Convert Chapter 13 Case to a Case Under Chapter 7* was delivered by electronic means to:

Steven H. Greenfeld, Trustee
325 Ellington Blvd, Box 610
Gaithersburg, MD 20878

US Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

_____/s/_____
Jeffrey M. Sirody, 11715