UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| SHIRLEY A. WALLACE, ) | Case No. 22-14970-LSS |
| ) | Chapter 7 |
| Debtor. ) | |

### EXPEDITED MOTION TO COMPEL TURNOVER OF PROPERTY

COMES NOW Steven H. Greenfeld, Trustee, by and through counsel, Law Offices of Steven H. Greenfeld, LLC, and moves this Honorable Court for the entry of an Order compelling the turnover of access to property of the estate and in support thereof states follows:

1. This case was commenced by the filing of a Voluntary Petition for Relief pursuantto Chapter 7 of the Bankruptcy Code on September 12, 2012.

2. The movant is the duly qualified and acting trustee in this case.

3. At the time of the filing of this case, the Debtor was the owner of real property located 10904 Phillips Drive, Upper Marlboro, Maryland (the "Property").

4. The Trustee believes that there may be nonexempt equity in the Property which can be realized for the benefit of creditors.

5. The Trustee, both directly and through his realtor, has made repeated requests on the Debtor for access to the Property. The Debtor has refused to comply with those requests.

6. The Property constitutes property which the Trustee may use, sell or lease under 11 U.S.C. §363.

7. The Debtor has an affirmative obligation to cooperate with the Trustee's efforts in the administration of the bankruptcy estate and to deliver access to the Property to the Trustee promptly.

WHEREFORE, the Trustee prays that this Court enter an Order directing the Debtor, Shirley A. Wallace, to turnover forthwith access to the Property and grant such other and further relief as is just.

> Respectfully submitted,
>
> LAW OFFICES OF STEVEN H. GREENFELD, LLC
>
> By: */s/ Steven H. Greenfeld*
> Steven H. Greenfeld
> 325 Ellington Boulevard, #610
> Gaithersburg, MD 20878
> (301) 881-8300
> steveng@cohenbaldinger.com
> Counsel for the Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4th day of November 2022, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion and a copy of the proposed Order, will be served electronically via the Court's CM/ECF system on the following: NONE

I HEREBY FURTHER CERTIFY that on the 4th day of November 2022 a copy of the forgoing Motion along with a copy of the proposed Order was also mailed, first class mail, postage prepaid to the Debtor at:

Shirley A. Wallace
10904 Phillips Drive
Upper Marlboro, MD 20772

> */s/ Steven H. Greenfeld*
> Steven H. Greenfeld