Entered: March 10th, 2023
Signed: March 9th, 2023
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **22–14970 – LSS**   Chapter: **13**

**Shirley A Wallace**
Debtor

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN
## WITH LEAVE TO AMEND IN A CONVERTED CASE

Having held a hearing on the Chapter 13 Plan proposed by the Debtor and having concluded that the proposed Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that confirmation of the Chapter 13 Plan proposed by the Debtor is denied; and it is further

ORDERED, that the Debtor is granted leave to file an amended Plan on or before **March 28, 2023;** and it is further

ORDERED, that if an Amended Plan is timely filed and served on all creditors and parties in interest, the hearing on confirmation of the Amended Plan shall take place on **May 2. 2023 at 2:00 p.m., in Virtual Courtroom (contact case trustee for hearing information);** and it is further

ORDERED, that if within the time granted for amendment the Debtor does not file an Amended Plan, voluntarily dismiss this case, or the case is not converted to a case under another chapter, the court may reconvert this case to a case under Chapter 7 or dismiss this case pursuant to 11 U.S.C. § 1307(c)(5), without further notice or hearing.

cc:   Debtor
    Attorney for Debtor – Jeffrey M. Sirody
    Case Trustee – Timothy P. Branigan

\*\*\* DEBTOR/COUNSEL SHALL MAIL (1) A COPY OF THIS NOTICE AND (2) THEIR AMENDED PLAN TO ALL CREDITORS AND PARTIES REQUESTING NOTICE AND SHALL PROVIDE THE COURT WITH A CERTIFICATE OF SERVICE BY THE DATE SET FOR FILING THE AMENDED PLAN. \*\*\*

### End of Order

08x02b (rev. 05/13/2009) – GloriaBellman