IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| Shirley A. Wallace<br><br>Debtor(s) | Chapter 13<br>Case No. 22-14970 |

### LINE WITHDRAWING
### PRINCE GEORGE'S COUNTY, MARYLAND'S
### PROOF OF CLAIM FILED 2/8/2023 IN THE AMOUNT OF $624.73
### FOR FISCAL YEAR 2023 REAL PROPERTY TAXES
### ASSIGNED TAX ACCOUNT NO. 11 1145903 00

Dear Clerk:

PLEASE WITHDRAW Prince George's County, Maryland's Proof of Claim filed 2/8/2023 in the amount of $624.73 for Fiscal Year 2023 Real Property Taxes assigned Tax Account No. 11 1145903 00 filed herein.

        MEYERS, RODBELL & ROSENBAUM, P.A.

        By: /s/Nicole C. Kenworthy
          Nicole C. Kenworthy
          6801 Kenilworth Avenue, Suite 400
          Riverdale, Maryland 20737-1385
          301-699-5800
          Attorneys for Prince George's County, Maryland

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2023 a copy of the foregoing Line was mailed by first-class mail, postage prepaid to:

Timothy P. Branigan, Esquire
Chapter 13 Trustee
9891 Broken Land Parkway
#301
Columbia, MD 21046-

Jeffrey M. Sirody, Esquire
Jeffrey M. Sirody and Associates, P.A.
1777 Reisterstown Road, Suite 360E
Baltimore, MD 21208
smeyers5@hotmail.com

        /s/Nicole C. Kenworthy
        Nicole C. Kenworthy

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, Maryland 20737-1385
(301) 699-5800
EMail: bdept@mrrlaw.net